UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| VINCENT SGRO, ALBERT BASSANO, VERA STEK and ANN WALKER, <br><br> Plaintiffs, <br><br> v. <br><br> BLOOMBERG L.P., <br><br> Defendant. | Civil Action No. 05-731(FLW) <br><br> **ORDER** |

      **THIS MATTER** having been opened to the Court by Michael S. Hanan, Esq., counsel for Defendant Bloomberg L.P. ("Bloomberg"), on a motion for summary judgment; it appearing that Plaintiffs, Vincent Sgro, Albert Bassano, Vera Stek and Ann Walker (collectively, "Plaintiffs"), current and former Bloomberg employees, through their counsel Richard J. Shaklee, Esq., opposed the motion; the Court reviewed the parties' submissions pursuant to Fed. R. Civ. P. 78; for the reasons set forth in the Opinion filed on even date, and for good cause shown,

    **IT IS** on this 31st day of March, 2008,

    **ORDERED** that Defendant's motion for summary judgment is GRANTED in its entirety.

    /s/  Freda L. Wolfson
    Freda L. Wolfson, U.S.D.J.